# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JACK WATSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 6:18-cv-461** |
| | § | |
| **BASIC ENERGY SERVICES, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**INDEX OF DOCUMENTS FILED IN STATE COURT**

| Tab | Document | Date Filed/Served |
|---|---|---|
| 1 | Plaintiff's Original Petition | Filed: 08/07/18 |
| 2 | Case Information Sheet | Filed: 08/08/18 |
| 3 | Affidavit of Service | Filed: 08/13/18 |
| 4 | Defendant Basic Energy Services, Inc.'s Original Answer to Plaintiff's Original Petition | Filed: 08/31/18 |

Respectfully submitted,

*/s/ John B. Brown*

John B. Brown
Texas Bar No. 00793412
john.brown@ogletreedeakins.com
Jeremy W. Hays
Texas Bar No. 24083156
jeremy.hays@ogletreedeakins.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
500 Preston Commons
8117 Preston Road
Dallas, Texas 75225
(214) 987-3800
(214) 987-3927 (Fax)

**ATTORNEYS FOR DEFENDANT BASIC ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2018, I electronically transmitted the foregoing document to the Clerk of Court using an electronic filing system, which will transmit the foregoing document to Plaintiff's counsel of record:

Matthew R. Patton, IV
316 N. Titus Street
Gilmer, Texas 75644
matthew@matthewpattonlaw.com

*/s/ John B. Brown*
John B. Brown

35369847.1