# EXHIBIT B

# TAB 1

Electronically Submitted
8/7/2018 2:22 PM
Gregg County District Clerk
By: Elisha Calhoon ,deputy

NO. 2018-1510-CCL2
NO. _____

| | | |
|---|---|---|
| JACK WATSON<br>Plaintiff, | § § § | IN THE DISTRICT COURT |
| V. | § § | _____ JUDICIAL DISTRICT |
| BASIC ENERGY SERVICES, INC.<br>Defendant. | § § | OF GREGG COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** Jack Watson, hereinafter called Plaintiff, complaining of and about Basic Energy Services, Inc., hereinafter called Defendant, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2. Plaintiff, Jack Watson, is an Individual who resides in Upshur, County, Texas.

3. The last three numbers of Jack Watson's driver's license number are 657. The las three numbers of Jack Watson's social security number 691.

4. Defendant Basic Energy Services, Inc., a Corporation based in Texas, is organized under the laws of the State of Texas, and service of process on the Defendant may be effected pursuant to sections 5.201 and 5.255 of the Texas Business Organizations Code, by serving the registered agent of the corporation, CT Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX  75201-3136, its registered office.  Service of said Defendant as described above can be effected by certified mail, return receipt requested.


True and Correct copy of original filed in the Gregg County District Clerk Office.

## JURISDICTION AND VENUE

5. The subject matter in controversy is within the jurisdictional limits of this court.

6. Plaintiff seeks:

   a. only monetary relief of $100,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees.

7. This court has jurisdiction over the parties because Defendant is a Texas resident.

8. Venue in Gregg County is proper in this cause.

## FACTS

9. At all material times, Jack Watson, Plaintiff, was employed by Basic Energy Services, Inc., which was essentially from March 1, 2015 to March, 2017.

10. At all material times, Defendant was an employer within the meaning of Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 203(d).

11. Jack Watson was hired a by Defendant at the position of a field supervisor at a salary approximately $85,000.00 per year.  However, during the periods of his employment, Plaintiff, would work on average 70 hours per week.  Defendants did not pay the Plaintiff any overtime, as required by the Fair Labor Standards Act ("FLSA").

## WAGE AND HOUR CLAIM

12. Plaintiff re-adopts each and very factual allegation as stated in paragraphs 1 through 11 of this Petition as if set out in full herein.

13. Defendant willingly and intentionally refused to properly pay Plaintiff's


True and Correct copy of original filed in the Gregg County District Clerk Office.

wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiff's employment with Defendant as set forth above.

WHEREBY, Plaintiff respectfully prays for the following relief against Defendant;

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wages for hours worked in excess of forty (40) weekly, with interest and

C. Award Plaintiff an equal amount in double damages/liquidated damages; and

D. Award Plaintiff the costs of this action together with reasonable attorney's fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

MATTHEW R. PATTON, IV
ATTORNEY AT LAW
316 N. TITUS STREET
GILMER, TX 75644
Tel. (903) 843-3029
Fax. (903) 680-0163

BY: /s/ Matthew R. Patton, IV
Texas Bar No. 24002736
Email: matthew@matthewpattonlaw.com
Attorney for Plaintiff Jack Watson

CERTIFIED COPY CERTIFICATE
STATE OF TEXAS   COUNTY OF GREGG
I hereby certify that the above, consisting of 3 pages, is a true and correct copy of the original record on file in the District Clerk's Office of Gregg County, Texas
This 31 day of August, 20 18
BARBARA DUNCAN, DISTRICT CLERK
BY:_____, Deputy

Page 3 | 3

# TAB 2

# County Court at Law 2
# Case Summary
### Case No. 2018-1510-CCL2

| | | |
|---|---|---|
| JACK WATSON V. BASIC ENERGY SERVICES, INC. | § § § § | Location: County Court at Law 2<br>Judicial Officer: Dulweber, Vincent, DC<br>Filed on: 08/07/2018 |

## Case Information

Case Type: **Other Civil (OCA)**

Case Flags: **Level 2**

## Case Assignment

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number  2018-1510-CCL2<br>Court  County Court at Law 2<br>Date Assigned  08/07/2018<br>Judicial Officer  Dulweber, Vincent, DC |

## Party Information

| | | Lead Attorneys |
|---|---|---|
| Plaintiff | WATSON, JACK | PATTON, MATTHEW<br>*Retained*<br>903-843-3029(W) |
| Defendant | Basic Energy Services Inc. | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 08/07/2018 | Petition (OCA) | |
| 08/08/2018 | Docket Sheet | |
| 08/08/2018 | **Citation By Certified Mail**<br>Basic Energy Services Inc.<br>Served: 08/13/2018<br>Response Due: 09/03/2018 | |
| 08/17/2018 | Citation Return Certified Mail<br>*BASIC ENERGY SERVICES INC* | |
| 08/31/2018 | Answer<br>*Answer/Response* | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Defendant** Basic Energy Services Inc.<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of 8/31/2018** | 2.00<br>2.00<br>0.00 |
| | **Plaintiff** WATSON, JACK<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of 8/31/2018** | 347.00<br>347.00<br>0.00 |

# TAB 3

*** CITATION BY MAIL ***
THE STATE OF TEXAS

TO:   Basic Energy Services Inc.
      CT CORPORATION SYSTEM
      1999 BRYAN ST STE 900
      DALLAS TX  75201-3136

Defendant in the hereinafter styled and numbered cause: **2018-1510-CCL2**

You are hereby commanded to appear before the County Court at Law 2 of Gregg County, Texas, to be held at the courthouse of said County in the City of Longview, Gregg County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this Citation, in Cause Number: **2018-1510-CCL2**, styled

Other Civil (OCA)

JACK WATSON V. BASIC ENERGY SERVICES, INC.

Attorney for Plaintiff:
MATTHEW PATTON
P O Box 1110
Gilmer TX  75644
903-843-3029

Attorney for Defendant

Filed in said court 7th day of August, 2018.

Issued and given under my hand and seal of said Court at office, this the 8th day of August, 2018.

**Barbara Duncan**
District Clerk of
Gregg County, Texas
Gregg County Courthouse
P. O. Box 711
Longview, Texas 75606

Signed: 8/8/2018 10:42:35 AM

By _Alycia Wright_ Deputy.

### NOTICE TO DEFENDANT

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this Citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this Citation and Petition, a default Judgment may be taken against you.


True and Correct copy of original filed in the Gregg County District Clerk Office.

**Officer's Return by Mailing**

Came to hand on the on this the 8th day of August, 2018, and executed by mailing certified mail restricted delivery a true copy of the citation together with a copy of Plaintiff's petition at the following address:

```
              Name & Address of Defendant
              Basic Energy Services Inc.
              CT CORPORATION SYSTEM
              1999 BRYAN ST STE 900
              DALLAS TX   75201-3136
*********
* Date Signed:    August 13 2018
* Signed by:      Chris Wells
* as evidenced by the signed return receipt
* attached hereto and incorporated in
* the return
    _____ Not executed as to defendant
  for the following reason:
  Circle one
  Unclaimed
  Refused
  Return to Sender
  Moved, left no forwarding address
  Unable to Forward
  Other
  TO CERTIFY WHICH WITNESS MY HAND
  OFFICIALLY.
  Barbara Duncan, District Clerk
  By _____ Deputy
  Fee for serving Citation $60.00
```

ON - BY   MAILING

Issued this 8th day of August, 2018.
Barbara Duncan
District Clerk of
Gregg County

Signed: 8/8/2018 10:42:39 AM

By _Alycia Wright_ Deputy

Returned and Filed
This 17 day of August, 2018
Barbara Duncan
District Clerk

By _Annette King_ Deputy

CERTIFIED COPY CERTIFICATE
STATE OF TEXAS   COUNTY OF GREGG
I hereby certify that the above, consisting of 2 pages, is a true and correct copy of the original record on file in the District Clerk's Office of Gregg County, Texas
This 31 day of August, 20 18
BARBARA DUNCAN, DISTRICT CLERK
BY: _Annette King_, Deputy

(USPS Certified Mail label: 7018 0680 0000 2147 4758; 9590 9402 2817 7069 5767 85; Basic Energy Services Inc., CT CORPORATION SYSTEM, 1999 Bryan St. Ste. 900, Dallas, TX 75201-3136; 2018-1510-CCL2; Received by: Chris Wells; Date of Delivery: Aug 13 2018)

# TAB 4

Electronically Submitted
8/31/2018 11:16 AM
Gregg County District Clerk
By: LaToya Lister ,deputy

CAUSE NO. 2018-1510-CCL2

| | | |
|---|---|---|
| JACK WATSON, | § | IN THE COUNTY COURT OF |
| Plaintiff, | § § § | |
| v. | § | GREGG COUNTY, TEXAS |
| BASIC ENERGY SERVICES, INC., | § § § | |
| Defendant. | § | COUNTY COURT AT LAW NO. 2 |

### DEFENDANT'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

Defendant Basic Energy Services, Inc. ("Defendant") files this Original Answer to Plaintiff Jack Watson's ("Plaintiff") Original Petition (the "Petition") and states:

### I.  GENERAL DENIAL

Pursuant to Texas Rule of Civil Procedure 92, Defendant denies each and every allegation contained in the Petition and any amendment or supplement thereto and demands strict proof thereof as required by law.

### II.  DEFENSES, INCLUDING AFFIRMATIVE DEFENSES

Defendant asserts the following affirmative and other defenses without assuming any burden of production, persuasion, or proof that, pursuant to law, is not legally assigned to Defendant and is Plaintiff's burden to prove:

1. The Petition fails to state a claim upon which relief should be granted.

2. Defendant properly compensated Plaintiff under the Fair Labor Standards Act (the "FLSA") and all other applicable law.

3. Plaintiff was an exempt employee under the FLSA and therefore not entitled to overtime compensation.  The exemptions applicable to Plaintiff include, without limitation, the

---

DEFENDANT'S ORIGINAL ANSWER
TO PLAINTIFFS' ORIGINAL PETITION



Page 1

FLSA's exemption for executive employees.  *See* 29 U.S.C. § 213(a)(1); 29 C.F.R. § 541.100–106.

4.  All amounts owed by Defendant to Plaintiff were paid or otherwise satisfied.

5.  Without assuming the burden of proof, any alleged violation of the FLSA by Defendant was not willful, and therefore all claims are limited to a two-year limitations period.

6.  Plaintiff's claims are barred in whole or in part by the applicable statute of limitations, including, but not limited to, 29 U.S.C. § 255.

7.  Plaintiff's claims for time allegedly worked without Defendant's actual or constructive knowledge are barred.

8.  Plaintiff is not entitled to recover for noncompensable time.

9.  Plaintiff may not seek wages for time that is *de minimis*.

10. Plaintiff may not seek wages for preliminary and postliminary acts under the Portal-to-Portal Act.

11. To the extent applicable, Defendant is entitled to an offset against any amounts due equal to the amount Plaintiff was overpaid and for other amounts paid to Plaintiff.

12. Plaintiff's claims are barred, in whole or in part, by the doctrines of estoppel, laches, and unclean hands.

Defendant reserves the right to assert additional affirmative defenses and other defenses as may appear applicable during the course of this litigation.

### III. PRAYER

For the foregoing reasons, Defendant prays that Plaintiff take nothing from this lawsuit and that costs be assessed against Plaintiff.  Defendant further prays for such other and further relief, general and specific, at law or in equity, to which Defendant is justly entitled.

---

**DEFENDANT'S ORIGINAL ANSWER
TO PLAINTIFFS' ORIGINAL PETITION**


True and Correct copy of original filed in the Gregg County District Clerk Office.

**Page 2**

Respectfully submitted,

*/s/ John B. Brown*
John B. Brown
Texas Bar No. 00793412
john.brown@ogletreedeakins.com
Jeremy W. Hays
Texas Bar No. 24083156
jeremy.hays@ogletreedeakins.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
500 Preston Commons
8117 Preston Road
Dallas, Texas  75225
(214) 987-3800
(214) 987-3927 (Fax)

**ATTORNEYS FOR DEFENDANT BASIC ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2018, I electronically transmitted the foregoing document to the Clerk of Court using an electronic filing system, which will transmit the foregoing document to Plaintiff's counsel of record:

Matthew R. Patton, IV
316 N. Titus Street
Gilmer, Texas  75644
matthew@matthewpattonlaw.com

*/s/ John B. Brown*
John B. Brown

CERTIFIED COPY CERTIFICATE
STATE OF TEXAS   COUNTY OF GREGG
I hereby certify that the above, consisting of 3 pages, is a true and correct copy of the original record on file in the District Clerk's Office of Gregg County, Texas
This 31 day of August, 20 18
BARBARA DUNCAN, DISTRICT CLERK
BY: _____, Deputy

35364660.1