IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JACK WATSON, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.  6:18-CV-00461-RWS |
| | § | |
| v. | § | |
| | § | |
| BASIC ENERGY SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

This case is set for a scheduling conference in **Texarkana, Texas** on **November 27, 2018 at 2:30 p.m.** before the undersigned.  The purpose of the scheduling conference will be to confirm the trial setting and to resolve any case management disputes or concerns.

The parties shall prepare and submit a joint proposed docket control order and a joint proposed discovery order within the time periods contained in the schedule set forth below.[1] These orders shall be guided by the sample orders for non-patent cases that can be found on the Court's website.

The sample orders include provisions that require input from the parties.  The sample orders also include provisions that are mandatory and are not subject to change without showing good cause.  Good cause is not shown by a mere indication of the parties' agreement.  Should either party believe good cause can be shown to alter an otherwise mandatory provision, then such party shall file a separate motion to alter the provision after the parties have filed the

---

[1] Timely submission of the parties' proposed docket control order and proposed discovery order will be viewed by the Court as complying with the conference requirement of Rule 26(f).

proposed docket control and discovery orders with the mandatory provisions intact as previously required above.

Furthermore, it is hereby **ORDERED** that the following schedule of deadlines shall be incorporated into the proposed docket control order:

| | |
|---|---|
| Jury Trial | *September 23, 2019 at 9:00 a.m. in Tyler, Texas |
| Jury Selection | *September 16, 2019 at 9:00 a.m. in Tyler, Texas |
| Pre-trial Conference | *September 5, 2019 at 10:00 a.m. in Texarkana, Texas |
| Dispositive Motion Deadline | *July 9, 2019 |
| **14 Days Before Scheduling Conference** | File Proposed Docket Control Order and Proposed Discovery Order<br><br>The proposed orders shall each be separately filed as a joint motion with the caption indicating whether or not the proposed order is opposed in any part.  Any disputes should be redlined and each party's position explained. |

(*) indicates a deadline that cannot be changed without showing good cause.  Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

The parties shall indicate in their joint motion submitting the proposed Docket Control Order whether they believe a scheduling conference is necessary.  After review of the proposed Docket Control Order and Discovery Order, the Court may enter the orders and cancel the scheduling conference.  The Court will notify the parties of any cancellation.

**SIGNED this 16th day of October, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE